# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2567
_____

Shaun C. Allen

*Plaintiff - Appellant*

v.

John Staley, Sheriff, Lonoke County Detention Center; Bufford, Lt, Lonoke
County Detention Center; John Does, Major, Lonoke County Detention Center;
Captain, Lonoke County Detention Center; Lonoke County; Dallas, Officer,
Lonoke County Detention Center; Margie Grigsby, Assistant Jail Administrator,
Lonoke County Detention Center

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: February 11, 2016
Filed: February 17, 2016
[Unpublished]

_____

Before WOLLMAN, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Shaun Allen appeals after the district court[1] adversely granted summary judgment in his 42 U.S.C. § 1983 action, which alleged that Lonoke County, Sheriff John Staley, Lieutenant Bufford, Assistant Jail Administrator Margie Grigsby, and Officer Dallas had subjected him to unconstitutional conditions of confinement. Upon de novo review, we conclude that the grant of summary judgment was proper because the evidence in the record and all reasonable inferences therefrom, even when viewed in the light most favorable to Allen, established beyond genuine dispute that the conditions of his confinement were not unconstitutional. See Holt v. Howard, 806 F.3d 1129, 1132 (8th Cir. 2015) (standard of review); see also Farmer v. Brennan, 511 U.S. 825, 832 (1994) (Eighth Amendment protects prisoners from cruel and unusual punishment, which imposes duty on prison officials to provide humane conditions of confinement); Wilson v. Seiter, 501 U.S. 294, 304 (1991) (conditions of confinement may violate Eighth Amendment when prisoner was deprived of identifiable human need such as food, warmth, or exercise).

The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas.